# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Cheri D. Tigh | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A. vs. | Movant | NO. 19-11182 ELF |
| Cheri D. Tigh | Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq. | Trustee | |

## ORDER

AND NOW, this 22nd day of May, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** that the Motion for Relief from the Automatic Stay is granted and the automatic stay under 11 U.S.C. Sections 362 is **MODIFIED** with respect to the subject premises located at 4802 East Howell Street, Philadelphia, PA 19135 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**