Certificate Number: 02921-PAE-DE-032961672

Bankruptcy Case Number: 19-11182



02921-PAE-DE-032961672

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2019, at 3:54 o'clock PM EDT, Cheri Tigh completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 13, 2019

By: /s/Joan B Reading

Name: Joan B Reading

Title: President