United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cheri D Tigh  
    Debtor

Case No. 19-11182-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Jul 03, 2019  
                   Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.  
db         +Cheri D Tigh,   26 Highland Parkway,    Levittown, PA 19056-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:  
         BRIAN THOMAS LANGFORD   on behalf of Creditor   DISCOVER BANK PitEcf@weltman.com  
         MICHAEL P. KELLY   on behalf of Debtor Cheri D Tigh mpkpc@aol.com, r47593@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                         TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 7

Cheri D Tigh                                                                              : Case No. 19−11182−elf

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 3, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

23
Form 195